UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 17 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PHYSICIANS FOR SOCIAL RESPONSIBILITY-LOS ANGELES; et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondent, <br><br> THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT and THE SOUTHERN CALIFORNIA ASSOCIATION OF GOVERNMENTS, <br><br> Respondents-Intervenors. | No. 12-70079 <br><br> EPA No. <br> Environmental Protection Agency <br><br> **ORDER** |

The opening brief submitted on July 13, 2012 is filed.

Within 7 days of this order, petitioners are ordered to file 7 copies of the brief in paper format, with a blue cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Gabriela Van Allen
Deputy Clerk